AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MILLING, JR., BERT W. | U.S. DISTRICT COURT - SOUTHERN | 09/19/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL TIME MAGISTRATE JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

113 ST JOSEPH STREET
MOBILE, AL 36602

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 09/19/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

**☑** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

**☑** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**☑** NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 09/19/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BBVA COMPASS CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 2. BBVA COMPASS MONEY MARKET ACCT | A | Interest | K | T | | | | | |
| 3. PITMAN PROPERTIES, LLC - FAIRHOPE, AL | E | Distribution | M | U | | | | | |
| 4. BATTLES WHARF FAMILY VENTURE, LLC | | None | | | Closed | 12/31/12 | J | | |
| 5. TD AMERITRADE - BROKERAGE ACCOUNT - HAYEK KALLEN | | | | | | | | | ALL ACCOUNTS LISTED BELOW |
| 6. - ABBOTT LABS | A | Dividend | K | T | | | | | |
| 7. - ACCENTURE LTD CL A | A | Dividend | K | T | | | | | |
| 8. - ALTRIA GROUP | B | Dividend | K | T | | | | | |
| 9. - APPLE INC | | None | J | T | Buy | 11/26/12 | J | | |
| 10. - ARCHER DANIELS MIDLAND CO COM | A | Dividend | J | T | | | | | |
| 11. - BERKSHIRE HATHAWAY - CL B | | None | K | T | | | | | |
| 12. - BOARDWALK PIPELINE PARTNERS | B | Distribution | K | T | | | | | |
| 13. - BOARDWALK PIPELINE PARTNERS | | | J | T | Buy (add'l) | 01/20/12 | J | | |
| 14. - CHINA MOBILE LTD SP ADR | B | Dividend | K | T | | | | | |
| 15. - COCA COLA | A | Dividend | J | T | Sold (part) | 03/28/12 | J | A | |
| 16. - CONOCO PHILLIPS | A | Dividend | J | T | | | | | |
| 17. - EXELON CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - EXXON MOBIL | B | Dividend | K | T | | | | | |
| 19. - GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 20. - INTEL CORP | | None | K | T | Buy | 11/08/12 | K | | |
| 21. - JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 22. - MARATHON OIL | A | Dividend | J | T | | | | | |
| 23. - MARATHON PETE CORP COM | | None | | | Sold | 02/02/12 | J | A | |
| 24. - MCDONALDS CORP | A | Dividend | K | T | Buy | 07/30/12 | K | | |
| 25. - MICROSOFT | B | Dividend | K | T | | | | | |
| 26. - MOLSON COORS BREWING CL B | A | Dividend | K | T | | | | | |
| 27. - NOVARTIS A G | A | Dividend | K | T | | | | | |
| 28. - NOVO-NORDISK A S ADR | A | Dividend | K | T | Sold (part) | 09/05/12 | J | C | |
| 29. - PEABODY ENERGY | A | Dividend | J | T | | | | | |
| 30. - PEABODY ENERGY | | | J | T | Buy (add'l) | 06/13/12 | J | | |
| 31. - PEPSICO INC CO | A | Dividend | K | T | | | | | |
| 32. - PHILLIP MORRIS | B | Dividend | K | T | Sold (part) | 05/04/12 | J | A | |
| 33. - QUALCOMM INC | | None | J | T | Buy | 12/05/12 | J | | |
| 34. - SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - TARGET CORP COM | A | Dividend | K | T | | | | | |
| 36. - TEVA PHARM INDS | A | Dividend | K | T | | | | | |
| 37. - THERMO FISHER SCIENTIFIC | A | Dividend | K | T | | | | | |
| 38. - UNITED TECH CORP | A | Dividend | K | T | Buy | 02/06/12 | K | | |
| 39. - VERIZON COMMUNICATIONS | B | Dividend | K | T | | | | | |
| 40. - VODAFONE GROUP PLC ADR | A | Dividend | K | T | | | | | |
| 41. - WAL-MART | A | Dividend | K | T | Sold (part) | 06/13/12 | J | B | |
| 42. - WASTE MANAGEMENT | A | Dividend | J | T | | | | | |
| 43. - ZIMMER HOLDINGS | | None | | | Sold | 01/25/12 | J | A | |
| 44. - AMERICAN CENTURY SHORT | A | Dividend | K | T | | | | | |
| 45. - BRANDYWINE FUND | | None | K | T | | | | | |
| 46. - FRANKLIN FED TAX FREE INCOME CL | C | Dividend | M | T | | | | | |
| 47. - PROFESSIONALLY MGD: OSTERWEIS FD | B | Dividend | K | T | | | | | |
| 48. - SEQUIOA FUND | | None | L | T | | | | | |
| 49. - THORNBURG INTL VALUE FUND | A | Dividend | J | T | | | | | |
| 50. - DB CAPITAL FUNDING X PFDS DIV 7 | B | Dividend | K | T | | | | | |
| 51. - AMERICAN INTL GROUP | A | Interest | | | Sold | 02/06/12 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - AVON PRODUCTS INC NT 6.5% | A | Interest | J | T | Buy | 01/19/12 | J | | |
| 53. - BANK AMER N A CD | | None | K | T | | | | | |
| 54. - BANK OF AMERICA CORP CL 5.13% | B | Interest | | | Sold | 08/24/12 | K | A | |
| 55. - BAYTREE NATL BK | B | Interest | | | Sold | 12/07/12 | K | A | |
| 56. - CHICAGO ILL G/O BONDS UNLTD 5% | A | Interest | K | T | Buy | 11/01/12 | K | | |
| 57. - CITIGROUP INC SUB NT 5% | B | Interest | K | T | | | | | |
| 58. - DELL INC SR UNSECURED 3.375% | A | Interest | | | Sold | 06/15/12 | K | A | |
| 59. - HEWLETT PACKARD CO SR UNSECURED | A | Interest | J | T | Buy | 11/29/12 | J | | |
| 60. - INGERSOLL-RAND GLOBAL HLDG CO | A | Interest | K | T | Buy | 02/10/12 | K | | |
| 61. - INTL BK RECON & DEVELOP CORP | A | Interest | | | Sold | 01/03/12 | K | A | |
| 62. - JOHN HANCOCK LIFE INS CO | B | Interest | K | T | | | | | |
| 63. - LOEWS CORP | B | Interest | K | T | | | | | |
| 64. - LONG ISLAND PWR AUTH N Y ELEC | A | Interest | K | T | Buy | 11/16/12 | K | | |
| 65. - MORGAN STANLEY DEAN WITTER NOTE | B | Interest | | | Sold | 12/31/12 | K | A | |
| 66. - MORGAN STANLEY DEAN WITTER SR UNSCRD 7% | B | Interest | K | T | | | | | |
| 67. - PLATINUM BANK | B | Interest | | | Sold | 11/30/12 | K | A | |
| 68. - POTASH CORP SASKATCHE 5.25% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 09/19/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - ROYAL BANK OF SCOTLAND | A | Interest | J | T | | | | | |
| 70. - ROYAL BANK OF SCOTLAND PLC VAR | C | Interest | L | T | | | | | |
| 71. - SUNTRUST BANK CD | A | Interest | K | T | | | | | |
| 72. - TIME WARNER CABLE INC 8.25% | B | Interest | K | T | | | | | |
| 73. - TOYOTA MOTOR CREDIT NOTES | A | Interest | K | T | | | | | |
| 74. - UNION BANK CALIF N A 18.0% | A | Interest | K | T | | | | | |
| 75. - WELLS FARGO BK CD | | None | K | T | | | | | |
| 76. - WESTERN UNION SR UNSECURED | A | Interest | K | T | Buy | 03/27/12 | K | | |
| 77. - CASH - HAYEK KALLEN | | None | K | T | | | | | |
| 78. - TD BANK USA FDIC INSRD DEPOSIT | A | Interest | L | T | | | | | |
| 79. - TRANSOCEAN LTD | | None | | | Sold | 12/28/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 09/19/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 79 -
TRANSOCEAN LTD - THE ▨ SHARES WERE STILL SHOWING ON THE YEAR END REPORT FROM TD AMERITRADE FOR 2011 AND WERE NOT REFLECTED ON THE DISPOSAL REPORT USED TO PREPARE THE 2011 DISCLOSURE.  IN ACTUALITY, THE SHARES WERE SOLD 12/28/11 AT A LOSS.

| Name of Person Reporting | Date of Report |
|---|---|
| MILLING, JR., BERT W. | 09/19/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ BERT W. MILLING, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544